# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 27, 2008

135923 & (70)(74)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
　　　　Plaintiff-Appellee,

v

DEANDRE STEVEN HENRY,
　　　　Defendant-Appellant.

SC: 135923
COA: 274096
Wayne CC: 06-007508-01

_____/

　　　　On order of the Court, the application for leave to appeal the January 10, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. The motions to remand are DENIED.



　　　　I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2008

_____
Clerk

s0519